■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARON BROWN, Appellant. [847 NYS2d 893]—Judgment, Supreme

Court, New York County (Bonnie Wittner, J.), rendered on or about December 15, 2005, unanimously affirmed. No opinion. Order filed. Concur—Marlow, J.P., Nardelli, Williams and McGuire, JJ.